IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00614-AP

RICHARD A. GEIST,

    Plaintiff,

    v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Teresa H. Abbott, Esq.<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>(303) 757-5000<br>(303) 689-9627 fax<br>abbott.teresa@gmail.com | David Gaouette<br>Acting United States Attorney<br><br>Kevin Thomas Traskos<br>Deputy Chief, Civil Division<br>District of Colorado<br><br>Anthony J. Navarro<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-7278<br>Fax: (303) 844-0770<br>anthony.navarro@ssa.gov |

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

- A. Date Complaint Was Filed: 03/25/2009
- B. Date Complaint Was Served on U.S. Attorney's Office: 04/08/2009
- C. Date Answer and Administrative Record Were Filed: 06/08/2009

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states**:  **The record is not complete**.  As the Appeals Council states at page 1 of the administrative record, it considered additional evidence submitted by Plaintiff's counsel.  On 02/02/2009, Plaintiff's counsel submitted approximately 26 pages of new evidence to the Appeals Council along with a statement of the significance of that evidence.  That evidence is missing from the administrative record that Defendant filed on 06/08/2009.

Defendant states:   The Appeals Council has been asked to supplement the administrative record with the documents referenced above by Plaintiff.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff states:   See response to # 4, above.  Plaintiff requests that Defendant supplement the record with the missing evidence.

Defendant states:   see above

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff states:  This case involves no unusual claims.

Defendant states:   This case involves no unusual claims.

## 7.  OTHER MATTERS

Plaintiff states:   None.

Defendant states: None.

## 8. BRIEFING SCHEDULE

    A.    Plaintiff's Opening Brief Due:    08/10/2009
    B.    Defendant's Response Brief Due: 09/10/2009
    C.    Plaintiff's Reply Brief Due:    09/25/2009

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    Plaintiff's Statement:   Oral Argument is requested.
    B.    Defendant's Statement:   Oral Argument is not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED: June 29, 2009

                                          BY THE COURT:

                                          ***S/John L. Kane***
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Teresa H. Abbott<br>Teresa H. Abbott, Esq.<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>(303) 757-5000<br>(303) 689-9627 fax<br>abbott.teresa@gmail.com<br><br>Attorney for Plaintiff | David Gaouette<br>Acting UNITED STATES ATTORNEY<br><br>Kevin Thomas Traskos<br>Deputy Chief, Civil Division<br>District of Colorado<br><br>s/ Anthony J. Navarro<br>Anthony J. Navarro<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-7278<br>Fax: (303) 844-0770<br>anthony.navarro@ssa.gov<br><br>Attorneys for Defendant |